# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| LAUREN KESTERSON, | ) | CASE NO. 5:16-cv-298 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT ENTRY |
| KENT STATE UNIVERSITY, et al., | ) | |
| | ) | |
| | ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously filed memorandum opinion, the summary judgment motions of defendants Kent State and Eric Oakley are **GRANTED**. Defendant Karen Linder's motion for summary judgment is **GRANTED in part** and **DENIED in part**, and defendant Karen Linder's request for qualified immunity on the remaining equal protection claim is **GRANTED**. This case is closed.

**IT IS SO ORDERED.**

Dated: November 5, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**