# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LAUREN KESTERSON**<br><br>*Plaintiff,*<br><br>v.<br><br>**KENT STATE UNIVERSITY**, *et al.*,<br><br>*Defendants.* | Case No. 5:16-CV-00298<br><br>Judge Sara Lioi<br><br>Magistrate Judge Kathleen B. Burke |
| **PLAINTIFF'S NOTICE OF APPEAL** ||

Plaintiff Lauren Kesterson gives notice that she appeals to the United States Court of Appeals for the Sixth Circuit from the following orders entered in this action:

> Doc. No. 34 (Mar. 15, 2017) (granting Defendant Oakley's motion to dismiss First Amendment retaliation claim);
>
> Doc. No. 117 (Jan. 29, 2018) (denying motion to extend case deadlines);
>
> Doc. No. 137 (May 8, 2018) (denying leave to file second amended complaint and denying Plaintiff's request for discovery) and, to the extent necessary, Doc. No. 123 (Feb. 12, 2018) (order from the Magistrate Judge regarding the discovery)
>
> Doc. No. 241 (Nov. 5, 2018) (granting summary judgment)

Dated: December 4, 2018

Respectfully submitted,

THE CHANDRA LAW FIRM LLC

*/s/ Ashlie Case Sletvold*
Subodh Chandra (0069233)
Ashlie Case Sletvold (0079477)
Donald Screen (0044070)
The Chandra Law Building
1265 W. 6th St., Suite 400
Cleveland, OH 44113-1326
216.578.1700 Phone
216.578.1800 Fax
Subodh.Chandra@ChandraLaw.com
Ashlie.Sletvold@ChandraLaw.com
Donald.Screen@ChandraLaw.com

*Attorneys for Plaintiff Lauren Kesterson*

**Certificate of service**

I certify that this document was filed using the Court's ECF system, which will send notification to all counsel of record.

*/s/ Ashlie Case Sletvold*
One of the attorneys for Plaintiff Lauren Kesterson